UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL LITTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:11-CV-1502-G (BD) |
| MANSFIELD POLICE DEPARTMENT, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

October 11, 2011.

*(signature: A. Joe Fish)*

**A. JOE FISH**
**Senior United States District Judge**